# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jorge Castaneda–Brito

                                Plaintiff,

v.                                              Case No.: 1:17−cv−04780
                                                                 Honorable Manish S. Shah

Roditys on Halsted LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the joint stipulation of dismissal [18], this case is dismissed without prejudice and with each party incurring its own attorneys' fees and costs. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.